COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NARSISO RETANA, | § | |
| | | No. 08-09-00130-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 65th Judicial District Court |
| | § | |
| ANA RETANA, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2008CM7416) |
| | § | |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents that the parties reached an agreement to settle and compromise their differences and requests that this Court dismiss the appeal. Appellee has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking the relief to which she would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). We therefore grant Appellant's motion and dismiss the appeal pursuant to the parties' settlement agreement. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

August 12, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.